**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | |
|---|---|
| CARLA HENRY, | ) Case No.: 1:15-cv-839 |
| Plaintiff, | ) |
| v. | ) |
| | ) **Demand for Jury Trial** |
| WELLS FARGO BANK, N.A., | ) |
| Defendant. | ) |

CARLA HENRY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against WELLS FARGO BANK, N.A. (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Because Defendant conducts business in the State of Michigan, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Rockford, Kent County, Michigan.

6. Defendant is a business entity with its principal place of business in San Francisco, California.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant placed collection calls to Plaintiff seeking and attempting to collect an alleged debt.

9. Defendant placed collection calls to Plaintiff's cellular telephone at phone number (616) 822-56XX

10. Defendant placed collection calls to Plaintiff from phone numbers including, but not limited to, 515-327-4429, 800-266-6932, 800-572-5879, 855-766-5473.

11. Based upon the timing and frequency of Defendant's calls and per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. On June 10, 2014, Plaintiff spoke with Defendant's representative, "Ann," and requested that Defendant cease placing calls to her cellular telephone and to correspond only in writing.

13. Plaintiff revoked any consent, express, implied, or otherwise, to receive automated telephone calls from Defendant in the course of the conversation on or around June 10, 2014.

14. Despite Plaintiff's request to cease, Defendant placed at least three hundred forty-seven (347) automated collection calls to Plaintiff without prior express consent to do so.

## COUNT I

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

18. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

19. All court costs, witness fees and other fees incurred; and

20. Any other relief that this Honorable Court deems appropriate.

                                      RESPECTFULLY SUBMITTED,


                                      /s/ Ryan Lee
                                      Ryan Lee
                                      Krohn & Moss, Ltd.
                                      10474 Santa Monica Blvd., Suite 405
                                      Los Angeles, CA 90025
                                      phone: (323) 988-2400 x241
                                      fax: (866) 861-1390
                                      rlee@consumerlawcenter.com


## **DEMAND FOR JURY TRIAL**

Plaintiff, CARLA HENRY, requests a jury trial in this case.