UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Carla Henry,

    Plaintiff,

v.                                                                          Case No: 2:15-cv-00839

Wells Fargo Bank, N.A.,                                   Honorable Paul L. Maloney

    Defendant

**STIPULATION TO ORDER TO ARBITRATE AND DISMISS ACTION**

The parties hereby stipulate that Plaintiff's claims in this action are subject to a valid and binding arbitration agreement contained in the parties' credit agreement, and that Defendant Wells Fargo Bank has made a timely demand upon Plaintiff Carla Henry to arbitrate her claims. Accordingly, the parties hereby stipulate to entry of order that accompanies this stipulation that orders arbitration and dismisses this action.

| | |
|---|---|
| KROHN & MOSS, LTD | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| By:    s/Ryan Lee with consent | By: s/Emily C. Palacios |
| Attorney for Carla Henry | Attorney for Wells Fargo Bank, N.A. |
| 10474 Santa Monica Boulevard, Suite 405 | 101 North Main, 7th Floor |
| Los Angeles, CA  90025 | Ann Arbor, Michigan  48104-1400 |
| T: (323) 988-2400 | T: (734) 668-7784 |
| F: (866) 861-1390 | F: (743) 747-7147 |
| rlee@consumerlawcenter.com | palacios@millercanfield.com |
| | (P64941) |

Dated:  November 12, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Carla Henry,

    Plaintiff,

v.  Case No: 2:15-cv-00839

Wells Fargo Bank, N.A.,  Honorable Paul L. Maloney

    Defendant

### STIPULATED ORDER TO ARBITRATE AND DISMISS ACTION

This matter having come before the court upon the stipulation of the parties, and the court being advised of its premises:

IT IS HEREBY ORDERED that the parties shall proceed to binding arbitration for resolution of the pending dispute as agreed under the terms of the arbitration agreement contained in the credit agreement between the parties. IT IS FURTHER ORDERED that Plaintiff shall file her demand for arbitration with the American Arbitration Association within 30 days of entry of this Order. IT IS FURTHER ORDERED that the above-captioned case is dismissed without prejudice, including to Defendant Wells Fargo Bank's right to bring a collection action in state court, and without costs or attorney fees to either party. IT IS FURTHER ORDERED that this Order resolves the last pending claim and closes the case.

Paul L. Maloney
United States District Judge

Dated: November __, 2015

2

Approved as to form:

| | |
|---|---|
| KROHN & MOSS, LTD | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| By:     s/Ryan Lee with consent | By: s/Emily C. Palacios |
| Attorney for Carla Henry | Attorney for Wells Fargo Bank, N.A. |
| 10474 Santa Monica Boulevard, Suite 405 | 101 North Main, 7th Floor |
| Los Angeles, CA  90025 | Ann Arbor, Michigan  48104-1400 |
| T: (323) 988-2400 | T: (734) 668-7784 |
| F: (866) 861-1390 | F: (743) 747-7147 |
| rlee@consumerlawcenter.com | palacios@millercanfield.com |
| | (P64941) |

Dated:  November 12, 2015

25501256.1\095586-01521

2