UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CARLA HENRY,<br>　　　　　　　　　Plaintiff,<br>-v-<br>WELLS FARGO FINANCIAL NATIONAL BANK<br>an affiliate of WELLS FARGO BANK, N.A.,<br>　　　　　　　　　Defendant. | No. 1:15-cv-839<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has affirmed the arbitration award, which resolved the initial claim for a violation of the Telephone Consumer Protection Act. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　November 7, 2017　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge